1809.

DOUGLASS
v.
BEAM.

---

JACKSON against The Commonwealth.

IN ERROR.

Sunbury,
Saturday,
July 15.

THE plaintiff in error was convicted of adultery in the Quarter Sessions of *Luzerne*, and sentenced to pay a fine of fifty dollars, be imprisoned at *hard labour* three months, and pay the costs.

Judgment in a criminal case not reversed in part.

*Evans* for the plaintiff in error said the judgment was manifestly erroneous, because the punishment by law for adultery was a fine, and simple imprisonment. 3 *St. Laws* 115, sec. 7.

*Hall* for the Commonwealth answered that a judgment might be affirmed in part, and reversed in part. 2 *Bac. Abr.* 501. *Error M.* The sentence was good as to the fine.

PER CURIAM. Let the whole judgment be reversed.

Judgment reversed.